AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| BRETT McKINNEY<br>*Plaintiff*<br>v.<br>EQUIFAX INFORMATION SERVICES, INC., et al<br>*Defendant* | )<br>)<br>)   Case No.  1:20-cv-261-SEB-MJD<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN HONDA FINANCE CORPORATION

Date:    02/18/2020

/s/ James R. Williams
*Attorney's signature*

James R. Williams - 23193-45
*Printed name and bar number*
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603

*Address*

jim.williams@wilsonelser.com
*E-mail address*

(312) 704-0550
*Telephone number*

(312) 704-1522
*FAX number*